JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TAPANG, an individual, | **CASE NO.: 2:23-cv-05564-WLH-AFM** |
| Plaintiff, | **ORDER RE: STIPULATION TO REMAND CASE TO STATE COURT [15]** |
| vs. | |
| JERVIS B. WEBB COMPANY, a corporation; SPIRIT LINES, INC., corporation and DOES 1-100, inclusive, | |
| Defendants. | |

By Stipulation and order of the Court, the case of *Tapang v Jervis B. Webb Company, et al* shall be remanded forthwith to the State Court.

IT IS SO ORDERED.

Dated: August 10, 2023 _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE